## THE PEOPLE OF THE STATE OF CALIFORNIA, *ex. rel.* JAMES QUINN *et al. v.* THE BOARD OF EXAMINERS CREATED BY SECTION SEVEN OF THE BOUNTY ACT. (STATS. OF CALIFORNIA, 1863–4, PAGE 486.)

BOUNTY TO VOLUNTEERS—WHO ENTITLED TO.—The volunteers, to be entitled to the bounty provided to be paid by this State, by the Act of April 4th, 1864, (Statutes 1863–4, p. 486,) must have enlisted not only under the laws of Congress requiring a quota of volunteers to be raised in this State, but also while such quota was being raised under the orders of the President.

· IN the Supreme Court of the State of California.

Mandamus to compel the State Bounty Board of Examiners to allow the claims of the relators for bounty, under the provisions of the Act of April 4th, 1864, (Stats. 1863–4, p. 486.)

The other facts are stated in the opinion of the Court.

*S. W. Holladay,* for the Relators.

*J. G. McCullough, Attorney General,* for the Respondents.

By the Court, RHODES, J.:

The Act of April 4th, 1864, (Stats. 1863–4, p. 486,) provides a bounty for " every soldier who shall hereafter enlist for three years or during the war in any regiment, battalion, company, troop or battery now organized or hereafter to be organized or raised as a part of the quota of volunteers of this State, under the laws of Congress and the orders of the President of the United States during the existing rebellion."

The volunteers, to be entitled to this bounty, must have enlisted not only under the laws of Congress, requiring a quota of volunteers to be raised in this State, but also while such quota was being raised under the orders of the President. On the 13th of April, 1865, the Secretary of War ordered that all recruiting of troops by voluntary enlistment

be suspended; and thereby the provisions of the Acts of Congress requiring quotas of volunteers to be raised in the loyal States became inoperative. The relators enlisted after that order was issued, and therefore are not included among those entitled to the benefits of the Bounty Act of this State.

Petition for a mandate denied.